IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02253-BNB

ROY D. BULLCOMING,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp - Florence,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Notice of Motion for an Order to Certify the Class and for the Appointment of Counsel to Represent the Class, or the Notice of Interlocutory Appeal," filed on May 28, 2009 (Doc. # 5), and "Notice of Omnibus Motion for an Order to Certify the Class and for the Appointment of Counsel to Represent the Class, or the Notice of Interlocutory Appeal," filed on September 21, 2009 (Doc. # 8), are DENIED as premature.

    Dated:  September 23, 2009